IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, | ) ) ) |
| vs. | | ) Docket No. 16-00081-01-CR-W-BP ) ) |
| SHANNON E. CRAIG, | Defendant, | ) |

ORDER FOR RETURN OF PASSPORT

It appearing to the Court that there has been deposited with Pretrial Services a passport for the above-named defendant in this Court in accordance with the Order Setting Conditions of Release now on file.

And it further appearing that the terms and conditions of the Order Setting Conditions of Release have been fully complied with,

IT IS ORDERED that the passport be returned to the above-named defendant.

_/s/ Matt J. Whitworth_
MATT J. WHITWORTH
U.S. MAGISTRATE JUDGE

Dated at Kansas City, Missouri, this 22 day of November, 2017.