UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| SHANNON E. CRAIG ) | Case No. 16-00081-01-CR-W-BP |
| ) | |
| Defendant. ) | |

**ORDER ALLOWING TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES**

On the recommendation of the U.S. Probation Office, Shannon E. Craig is hereby granted permission to travel outside the continental United States; to wit, Bahamas, from January 24, 2018, to January 28, 2018.

It is, therefore, so ORDERED.

/s/ Beth Phillips
_____
BETH PHILLIPS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 15th day of December, 2017.